UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15  PM 2: 37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

SAMUEL C. BIRCHFIELD,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

FLANAGAN-WHITE DELIVERY, INC.,
and CHARLES L. VAUGHN,

**CASE NO: 2:04-2506-B**

Defendants.

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Stipulation To Dismiss With Prejudice Of Complaint And All Causes Of Action Alleged Therein entered on September 14, 2005, this cause is hereby dismissed with prejudice.

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

9/15/05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _9-16-05_

30

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02506 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Gregory M. O'Neal
2 South Jefferson St.
Winchester, TN 37398

Honorable J. Breen
US DISTRICT COURT